```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

SHERMAN ANTWAN BROADHEAD,     \*
\#246842,     \*
       \*
     Plaintiff,     \*
       \* CIVIL ACTION NO. 21-00041-JB-B
vs.     \*
       \*
JUDGE JOHN R. LOCKETT,     \*
       \*
     Defendant.

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because Plaintiff's claims are either frivolous or fail to state a claim upon which relief may be granted.

**DONE and ORDERED** this 18th day of February, 2021.

                                /s/ JEFFREY U. BEAVERSTOCK
                                UNITED STATES DISTRICT JUDGE